**JIEFENG ZHENG, Petitioner,**

v.

**Eric H. HOLDER, Jr., United States Attorney General, Respondent.**

No. 10–362–ag.

United States Court of Appeals, Second Circuit.

April 12, 2011.

A. Don Forester, Houston, TX, for Petitioner.

Tony West, Assistant Attorney General; Ernesto H. Molina, Jr., Assistant Director; Joanna L. Watson, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

PRESENT: ROBERT A. KATZMANN, DEBRA ANN LIVINGSTON, RAYMOND J. LOHIER, JR., Circuit Judges.

### SUMMARY ORDER

Jiefeng Zheng, a native and citizen of the People's Republic of China, seeks review of a January 6, 2010 order of the BIA, affirming the June 9, 2008 decision of Immigration Judge ("IJ") Alan N. Vomacka, which denied his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Jiefeng Zheng,* No. A099 001 850 (B.I.A. Jan. 6, 2010), *aff'g* No. A099 001 850 (Immig. Ct. N.Y. City June 9, 2008). We assume the parties' familiarity with the underlying facts and procedural history in this case.

Zheng challenges only the agency's denial of withholding of removal and CAT relief, arguing that (1) the IJ erred in finding his testimony not credible, and (2) the agency's decision was not sufficiently detailed. As the Government points out, however, because Zheng failed to challenge the denial of withholding of removal and CAT relief before the BIA, we lack jurisdiction to review the denial of those forms of relief. *See Karaj v. Gonzales,* 462 F.3d 113, 119 (2d Cir.2006). Accordingly, we dismiss Zheng's petition for review for lack of jurisdiction.

For the foregoing reasons, the petition for review is DISMISSED. As we have completed our review, the pending motion for a stay of removal in this petition is DISMISSED as moot.